```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------x
                                 :
UNITED STATES OF AMERICA         :      ORDER
                                 :
        - v. -                   :      S2 17 Cr. 512 (KMW)
                                 :
RAFAEL RIVERA,                   :
                                 :
            Defendant.           :
                                 :
---------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/20

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 10, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         March 11, 2020

                              _____
                              THE HONORABLE KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE