UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

RAFAEL RIVERA,

                              Defendant.
------------------------------------------------------------------x

**ORDER**
S2 17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

    The docket entry for the defendant's January 10, 2019, guilty plea, and the Information to which he pleaded guilty, S2 17 CR 512 (KMW), are hereby ordered unsealed. The transcript of the defendant's guilty plea shall remain under seal.

    SO ORDERED.

Dated: New York, New York
       May 4, 2020

                                                    *Kimba M. Wood*
                                                 KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 04 2020